UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK F. BURNS, SR., ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 4:23-40001-MRG |
| CITY OF WORCESTER, ET AL, ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

**GUZMAN, D.J.**

In accordance with the Court's Order dated March 2, 2026, [ECF 27] DENYING the Motion to Alter Judgment and the Memorandum and Order [ECF 24] GRANTING the Motion to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

March 2, 2026                         /s/Suzanne Frisch
Date                                  Deputy Clerk